**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 7



8. Date Prepared
12/22/2010

9. Other Officers:

10. Report Re: Post Arrest Statements of Harouna TOURE on 12-17-2008 and acquisition of Exhibit N-32



### SYNOPSIS

On December 17, 2009, Harouna TOURE made several post arrest statements to agents of the DEA/SOD Narco-Terrorism Group. This Report of Investigation contains the summary of said statements.

### DETAILS

1. Reference is made to all other Reports of Investigation written under the above referenced file number and title. Specific reference is made to DEA-6, written by SA James E. Stouch, dated December 16, 2009 and entitled; "The Arrest of Harouna TOURE, Idrissa ABDELRAHMAN, Oumar ISSA, the Detention of Mohamed TOURE on December 16, 2009 and the Acq. of N-24 and N-26 - N-30."

2. On December 15, 2009, in the Southern District of New York, a federal arrest warrant (09 Mag 2719) was issued for Oumar ISSA, Harouna TOURE and



| 11. Distribution: Division | 12. Signature (Agent) | 13. Date 01-28-10 |
|---|---|---|
| District | 14. Approved (Name and Title) | 15. Date 2-1-10 |
| Other  SARI | | |

DEA Form  - 6
(Jul. 1996)
  dl
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** ▮ | 1. File No. ▮ | ▮ |
|---|---|---|
| | ▮ ▮ | |
| 4. Page 2 of 7 | | |
| 5. Program Code | 6. Date Prepared 12/22/2010 | |

Idriss ABELRAHMAN. The warrant charged ISSA, TOURE and ABELRAHMAN with Narco-Terrorism Conspiracy (Title 21 USC 960a) and Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization (Title 18 USC 2339B).

3. On December 16, 2009, the law enforcement authorities from the Accra, Ghana Narcotics Control Board (NCB) arrested ISSA, TOURE and ABELRAHMAN pursuant to said arrest warrants in Accra.

4. On December 17, 2009, NCB law enforcement officials transferred custody of the above-listed defendants to Agents of the Drug Enforcement Administration (DEA). On this same day, ISSA, TOURE and ABELRAHMAN were flown via chartered airlines to White Plains, New York, escorted by DEA Agents.

5. During the flight from Accra, Ghana to White Plains, New York, SA Bronwyn Haley, as witnessed by SA's Stouch and Lupacchino, verbally read TOURE his Miranda rights in French via DEA Form 13. TOURE informed Agents that he understood his rights and thereafter voluntarily and knowingly waived his rights and agreed to speak to Agents. At this time, SA Stouch, through French translations conducted by SA Haley, explained the Southern District of New York charges of Narco-terrorism Conspiracy and Conspiracy to provide Material Support to a Designated Foreign Terrorist Organization to TOURE. TOURE indicated that he understood said charges. The following statements, in sum and substance, were made by TOURE during his post arrest interview:

    a. TOURE advised Agents that he did not understand why he was under arrest because he does not work with terrorists nor is he a terrorist. TOURE advised that he is a legitimate business man and indicated that he was not involved in criminal activities.

    b. TOURE stated that a few months ago his associate Oumar ISSA told TOURE that ISSA had "business" for TOURE in Ghana and that ISSA subsequently introduced TOURE to an individual named "Mohammad" ▮ ▮ hereinafter referred to as CS#1. TOURE further stated that ISSA asked CS#1 to send TOURE an airline ticket to go to Ghana

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | ▮ ▮ |
|---|---|
| 4. Page 3 of 7 | |
| 5. Program Code | 6. Date Prepared 12/22/2010 |

to meet with CS#1 because TOURE did not have money to purchase the ticket.

c. TOURE stated that he subsequently met CS#1 and ISSA in Ghana. TOURE further stated that at this meeting with CS#1, CS#1 explained to TOURE that CS#1 was working for Colombians and that the Colombians needed assistance in transporting cocaine through Africa and that CS#1 asked TOURE to provide the transportation of the cocaine. TOURE explained that he advised CS#1 that he was interested in working with CS#1 and the Colombians move cocaine. TOURE further explained that during the meeting, CS#1, whom TOURE also referred to as "the Arab", expressed that he (CS#1) did not like Americans and asked TOURE if he knew AL QAEDA members. TOURE stated that he told CS#1 that he did know AL QAEDA members and that TOURE would work with AL QAEDA to transport cocaine through the desert. TOURE then told the agents that he (TOURE) made up the story about knowing and working with AL QAEDA members in order to impress CS#1 so that CS#1 and the Colombians would want to utilize and pay TOURE for his services. TOURE stated that his plan was to earn CS#1's trust so that TOURE could later steal CS#1's cocaine and money. TOURE reiterated to the agents that he had no intention of transporting the cocaine. TOURE also said that he lied to CS#1 about moving hashish for the Brazilians. TOURE stated that he had a Nigerian contact that was working with Brazilians but stated the Nigerian trades in auto parts and not narcotics. TOURE advised that the Nigerian's telephone number could be located in TOURE's cell phone under contacts. TOURE stated that he (TOURE) tried to make himself look like a legitimate drug transporter to CS#1 but that none of what he told CS#1 was true.

d. TOURE stated that CS#1 told TOURE and ISSA during their initial meeting in Ghana that the cocaine would be secreted in cement and that TOURE would not be able to steal it because TOURE would not know how to extract the cocaine. TOURE stated he told CS#1 that TOURE would be the one responsible for the transportation of the cocaine from Ghana to Mali.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮ ▮▮ |
|---|---|
| 4.<br>Page  4  of  7 | |
| 5. Program Code | 6. Date Prepared<br>12/22/2010 |

e. TOURE stated that during the meeting, TOURE said he asked CS#1 if he was working with the police and that CS#1 replied that he worked for the military.

f. TOURE told agents that he later corresponded with CS#1 via email wherein the two continued to discuss the proposed plan of transporting cocaine from Ghana to North Africa.

g. TOURE stated CS#1 asked TOURE to bring a member of AL QAEDA to a future meeting to ensure TOURE was serious about transporting the cocaine through the desert. TOURE agreed and stated that he brought Idriss ABELRAHMAN to subsequent meetings in Ghana with CS#1 and a Colombian male ▮▮▮▮▮▮▮▮, hereinafter referred to as CS#2.

h. TOURE stated he negotiated transportation costs and the cost of purchasing a truck with CS#1. TOURE stated that he planned to steal the truck from CS#1 and CS#2. TOURE stated that during the negotiations CS#1 stated that the Colombians wanted 500 kilograms of cocaine to be transported through the desert but only wanted to move 50 kilograms on the first trip to which TOURE agreed. TOURE stated that CS#1 asked TOURE to buy a bigger truck in order to move the 500 kilos when that time came and that CS#1 subsequently gave TOURE $25,000 (twenty five thousand dollars) for the purchase of said truck that was to be used to transport the cocaine through the desert. TOURE further stated that he received an additional fifteen thousand euros from CS#1 to purchase the bigger truck. TOURE stated that he spent nine thousand of the euros on food and family.

i. TOURE stated that he received 4 satellite phones from CS#1 and that CS#1 told TOURE to use the phones in order to avoid the "Americans." TOURE advised that he only kept one and did not give the other phones to anyone else.

j. TOURE reiterated that he does not know any terrorists but stated that there are Arabs and bandits that carry out crimes in the desert but really are not terrorists.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION  *(Continuation)* | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier XAC1S |
|---|---|---|
| | ▮▮▮ ▮▮▮ ▮▮▮ | |
| 4. Page 5 of 7 | | |
| 5. Program Code | 6. Date Prepared 12/22/2010 | |

k. TOURE stated that there are Touregs and Arabs in Mali but not AL QAEDA.

l. TOURE stated that he has visited Saudi Arabia for religious reasons and that he also went to France for 5 to 10 days to visit because he had never been there before.

m. TOURE stated that he builds houses and transports legitimate goods for a living.

n. TOURE advised that he lied to the Ghanaian law enforcement officers after his arrest but that now he is telling the truth to the DEA.

o. TOURE advised that he called his grandfather in Mali from the satellite phone 3 or 4 days prior to his arrest and that he called his grandfather to say he (TOURE) was in Ghana and doing well. Later during the post arrest interview, TOURE recanted and said that he did not call his grandfather but that he actually called his older brother named "Haidura." TOURE then wrote his brother's name on a piece of paper (Exhibit N-32) and gave to SA Stouch. TOURE also stated he used the satellite phone to call his wife who resides in Gao.

p. TOURE stated that he had no government contacts in Mali. TOURE denied knowing anyone in the Malian security services.

q. TOURE stated he does not own a house and that he lives in his father's house in Gao. TOURE was then asked by Agents why his associate Mohammad TOURE told the Ghanaian law enforcement authorities that (Harouna) TOURE owned multiple houses and that he was also a powerful figure in Mali. TOURE did not provide a response to these questions.

r. TOURE advised Agents that everything he was telling the Agents was the truth and that he did not need to lie.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ |
| 4. Page 6 of 7 | |
| 5. Program Code | 6. Date Prepared 12/22/2010 |

s. TOURE advised he has been in the transportation business for 6 or 7 years and has never transported narcotics but knew that the Touregs moved narcotics through the desert. TOURE related that he had "one black" friend in Lome who advised TOURE how to transport narcotics.

t. TOURE knew CS#1 and CS#2 worked for the FARC and that the cocaine belonged to the FARC.

u. TOURE reiterated that CS#1 wanted to work with AL QAEDA so TOURE lied to CS#1 and said he (TOURE) would work with AL QAEDA in order to successfully transport the cocaine through the desert however TOURE stated that never in his life has he ever worked for AL QAEDA nor knew of anyone that was affiliated with AL QAEDA.

v. TOURE stated he was not a political candidate in Mali nor was he the mayor of Bamba. TOURE was questioned again about any affiliation with Malian government officials which he had previously denied during his post arrest interview. Upon further questioning, TOURE admitted to knowing the Minister of Security and other government officials in Mali. TOURE stated the government gives him business and that he brings food to government offices. TOURE stated that no one from the government assisted TOURE in obtaining the passport that TOURE sold to CS#1.

w. TOURE stated that Mohammad TOURE is a childhood friend of TOURE's and also that Mohammad TOURE was like family because they grew up in the same neighborhood. TOURE further stated that Mohammad TOURE is not involved in illegal activities.

x. TOURE advised that when he was in Ghana the week of his arrest that he stayed at an Indian hotel in Accra, Ghana.

y. TOURE advised that the truck that was supposed to be used to transport the cocaine was in a garage in Accra where the tires were going to be replaced but does not know where truck is now.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | XAC1S |
|---|---|---|
| 4. Page 7 of 7 | | |
| 5. Program Code | 6. Date Prepared 12/22/2010 | |



- 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.